**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2024-CA-0082

Trufund Financial Services, Inc.

- - Versus - -

City of Baton Rouge/Parish of East Baton Rouge

19th Judicial District Court
Case #: 645210
East Baton Rouge Parish

On Application for Rehearing filed on 01/13/2025 by Trufund Financial Services, Inc.

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Elizabeth Wolfe

_____
Chris H. Hester

_____
Steven M. Miller

_____
Hunter Greene

Date_____ FEB 0 4 2025 _____

_____
Rodd Naquin, Clerk